UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH G. MCCARTY, | No. 2:18-cv-0037 KJN P |
| Petitioner, | |
| v. | ORDER |
| SCOTT KERNAN, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding pro se, with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 1, 2018, petitioner filed a one-page document entitled, "Request to Amend." (ECF No. 17.) Petitioner seeks to "add some case laws and changes to petition which will hopefully help the court to understand [his] unique case." (Id.)

Petitioner is advised that court permission is not required to amend once as a matter of right before respondent files a responsive pleading. Fed. R. Civ. P. 15(a).[1] If petitioner filed an

---
[1] Rule 15(a) provides:
 (a) Amendments Before Trial.
  (1) Amending as a Matter of Course. A party may amend its pleading once as a matter of course within:
   (A) 21 days after serving it, or
   (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.
  (2) Other Amendments. In all other cases, a party may amend its pleading only with the

1

amended petition that meets the requirements of Rule 15(a)(1), he is not required to file a motion. However, if he does not comply with the requirements of Rule 15(a)(1), and must amend subject to Rule 15(a)(2), petitioner must file a motion to amend and append his proposed amended petition for consideration. Because respondent has not yet filed a responsive pleading, petitioner's motion is premature, and is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion to amend (ECF No. 17) is denied without prejudice.

Dated: June 21, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/mcca0037.mta

---

opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Fed. R. Civ. P. 15(a).

2